Form 132 − 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  26−18174−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Tricha Michelle Ramos
    220 E Jacksonville Ave
    Villas, NJ 08251−2911

Social Security No.:
    xxx−xx−5711

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                    9/16/26
Time:                    10:00 AM
Location:                4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper
Street, Camden, NJ 08101−2067

        An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

        **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 20, 2026
JAN: lgr

                            Jeanne Naughton
                            Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                              Case No. 26-18174-JNP

Tricha Michelle Ramos                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                          Page 1 of 3

Date Rcvd: Jul 20, 2026                    Form ID: 132                         Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tricha Michelle Ramos, 220 E Jacksonville Ave, Villas, NJ 08251-2911 |
| 521297963 | | Christian Jovany Rosa, 11 New Jersey Ave, Villas, NJ 08251-2560 |
| 521297967 | | County of Cape May, Attn: Bankruptcy, 4 Moore Rd, Cape May Court House, NJ 08210-1654 |
| 521297968 | | Flex Pay Inc., Attn: Bankruptcy, 2 N Central Ave Fl Phoenix, Phoenix, AZ 85004-2322 |
| 521297971 | + | Lower Twp. MUA, Attn: Bankruptcy, 2900 Bayshore Rd, Villas, NJ 08251-1200 |
| 521297972 | | Michael Ramos Santiago, 220 E Jacksonville Ave, Villas, NJ 08251-2911 |
| 521297976 | + | NY E-ZPass, Attn: Bankruptcy, PO Box 1518 Po Box 15185, Albany, NY 12201-1518 |
| 521299289 | | Ramos Santiago, Michael, 220 E Jacksonville Ave, Villas, NJ 08251-2911 |
| 521299290 | | Rosa, Christian Jovany, 11 New Jersey Ave, Villas, NJ 08251-2560 |
| 521297978 | | Shore Medical Center, Attn: Bankruptcy, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 521297982 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |
| 521297988 | | Twp. of Lower, Attn: Bankruptcy, 2600 Bayshore Rd, Villas, NJ 08251-1300 |
| 521297989 | | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 20 2026 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 20 2026 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521297957 | | Email/Text: g17768@att.com | Jul 20 2026 21:05:00 | AT&T, Attn: Bankruptcy, 2270 Lakeside Blvd, Richardson, TX 75082-4304 |
| 521297956 | + | Email/Text: bankruptcynotices@aarons.com | Jul 20 2026 21:07:00 | Aaron's Sales & Lease, Attn: Legal Dept, 400 Galleria Pkwy SE Suite 300, Atlanta, GA 30339-3182 |
| 521297958 | | Email/Text: bankruptcy@pepcoholdings.com | Jul 20 2026 21:06:00 | Atlantic City Electric Co., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 521297959 | | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jul 20 2026 21:06:00 | Bank of America N.A., Attn: Bankruptcy, 100 N Tryon St, Charlotte, NC 28202-2135 |
| 521297960 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 20 2026 21:06:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 521297961 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2026 21:16:04 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521297962 | | Email/Text: bankruptcy.notifications@fisglobal.com | Jul 20 2026 21:07:00 | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339 Po Box 583399, Minneapolis, MN 55458-3399 |
| 521297964 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2026 21:16:09 | Citi, Attn: Bankruptcy, PO Box 9001037, |

| | | | |
|---|---|---|---|
| | | | Louisville, KY 40290-1037 |
| 521297965 | + Email/Text: documentfiling@lciinc.com | Jul 20 2026 21:05:00 | Comcast, Attn: Bankruptcy, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 521297966 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2026 21:06:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 521297969 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2026 21:06:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521297970 | Email/Text: bankruptcy.us@klarna.com | Jul 20 2026 21:06:00 | Klarna Inc., Attn: Bankruptcy, 800 N High St Ste 400, Columbus, OH 43215-1430 |
| 521297974 | Email/Text: EBN@Mohela.com | Jul 20 2026 21:06:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 521297973 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 20 2026 21:15:53 | Midland Mortgage Co., Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 521297975 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 20 2026 21:05:00 | NJ E-ZPass, Attn: Bankruptcy, PO Box 4971, Trenton, NJ 08650-4971 |
| 521297977 | Email/Text: bankruptcy@rubinrothman.com | Jul 20 2026 21:05:00 | Rubin & Rothman LLC, 1787 Veterans Hwy Ste 32, Islandia, NY 11749-1500 |
| 521297981 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 20 2026 21:05:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521297979 | + Email/Text: bankruptcynotice@sjindustries.com | Jul 20 2026 21:06:00 | South Jersey Gas Co., Attn: Bankruptcy, 1 S Jersey Plz, Hammonton, NJ 08037-9100 |
| 521297980 | ^ MEBN | Jul 20 2026 21:02:56 | State of New Jersey, Division of Law, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521297983 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 20 2026 21:16:13 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1247 |
| 521297985 | + Email/Text: bankruptcysst@alorica.com | Jul 20 2026 21:05:00 | Systems & Services Technologies, Attn: Bankruptcy, 4315 Pickett Road, Aaint Joseph, MO 64503-1600 |
| 521297984 | + Email/Text: bankruptcysst@alorica.com | Jul 20 2026 21:05:00 | Systems & Services Technologies, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 521297987 | ^ MEBN | Jul 20 2026 21:03:00 | Toyota Financial Services, Attn: Chief Legal Officer, 6565 Headquarters Dr, Plano, TX 75024-5965 |
| 521297986 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 20 2026 21:06:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 22171, Tempe, AZ 85285-2171 |
| 521297990 | Email/Text: edbknotices@ecmc.org | Jul 20 2026 21:06:00 | U.S. Department of Education, General Counsel, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 521297991 | ^ MEBN | Jul 20 2026 21:03:45 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 521297992 | Email/Text: bknotice@upgrade.com | Jul 20 2026 21:05:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 521297993 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 20 2026 21:05:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr # 550, Saint Charles, MO 63304-2225 |
| 521297994 | + Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Jul 20 2026 21:15:54 | Wells Fargo, Attn: Bankruptcy, 333 Market Street, San Francisco, CA 94105-2102 |
| 521297995 | + Email/Text: bankruptcy@wofco.com | Jul 20 2026 21:05:00 | World Omni Financial Corp., Attn: Bankruptcy, 6150 Omni Park Drive, Mobile, AL 36609-5195 |

District/off: 0312-1                    User: admin                    Page 3 of 3

Date Rcvd: Jul 20, 2026                Form ID: 132                   Total Noticed: 45

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Michael I. Assad | on behalf of Debtor Tricha Michelle Ramos mike@assad.law  mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 3