**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0**   Valuation of Security          **1** Assumption of Executory Contract or unexpired Lease          **0** Lien Avoidance

**Last revised: November 14, 2023**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In Re: Tricha Michelle Ramos,

Debtor(s)

Case No.: _____

Judge: _____

## Chapter 13 Plan and Motions

☒ Original          ☐ Modified/Notice Required          Date:   07/17/2026

☐ Motions Included          ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

The Court issued a separate Notice of the Hearing on Confirmation of Plan, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the Chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7c.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY, AND SPECIFY: ☐ 7a / ☐ 7b / ☐ 7c.

Initial Debtor(s)' Attorney:  /s/ MA _____          Initial Debtor:  /s/ TR _____          Initial Co-Debtor: _____

## Part 1:    Payment and Length of Plan

a.   The debtor shall pay to the Chapter 13 Trustee $200 monthly for 36 months starting on the first of the month following the filing of the petition.

b.   The debtor shall make plan payments to the Trustee from the following sources:

☒  Future earnings

☐  Other sources of funding (describe source, amount and date when funds are available):

c.   Use of real property to satisfy plan obligations:

☐  Sale of real property:
Description:
Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☒  Loan modification with respect to mortgage encumbering real property:
Description: 220 E Jacksonville Ave Villas, NJ 08251
Proposed date for completion: 01/15/2027

d.   ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification. See also Part 4.

☐  If a Creditor filed a claim for arrearages, the arrearages ☐ will / ☐ will not be paid by the Chapter 13 Trustee pending an Order approving sale, refinance, or loan modification of the real property.

e.   For debtors filing joint petition:

☐  Debtors propose to have the within Chapter 13 Case jointly administered. If any party objects to joint administration, an objection to confirmation must be timely filed. The objecting party must appear at confirmation to prosecute their objection.

Initial Debtor:  /s/ TR_____    Initial Co-Debtor:  _____

**Part 2:    Adequate Protection  ☒ NONE**

   a.   Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor). (Adequate protection payments to be commenced upon order of the Court.)

   b.   Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s), pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

   a.   All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Name of Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: To be determined by fee application. |
| DOMESTIC SUPPORT OBLIGATION | | |

   b.   Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

   ☒   None

   ☐   The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Name of Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

**Part 4:    Secured Claims**

   a.   **Curing Default and Maintaining Payments on Principal Residence: ☒ NONE**

   b.   **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE**

   c.   **Secured claims to be paid in full through the plan which are excluded from 11 U.S.C. 506: ☒ NONE**

   d.   **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments ☒ NONE**

   e.   **Surrender ☒ NONE**

   Upon confirmation, the automatic stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 shall be terminated in all respects. The Debtor surrenders the following collateral:

f.   **Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

| Name of Creditor | Collateral (identify property and add street address, if applicable) |
|---|---|
| Midland Mortgage Co. | 220 E Jacksonville Ave, Villas, NJ 08251 |

g.   **Secured Claims to be Paid in Full Through the Plan:** ☒ **NONE**

## Part 5:   Unsecured Claims ☐ NONE

a.   **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐   Not less than $ _____ to be distributed *pro rata*

☐   Not less than _____ percent

☒   *Pro Rata* distribution from any remaining funds

b.   **Separately classified unsecured** claims shall be treated as follows:

| Name of Creditor | Basis For Separate Classification | Treatment | Amount to be Paid by Trustee |
|---|---|---|---|
| | | | |

## Part 6:   Executory Contracts and Unexpired Leases ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Name of Creditor | Arrears to be Cured and paid by Trustee | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment to be Paid Directly to Creditor by Debtor |
|---|---|---|---|---|
| Toyota Financial Services | $0.00 | Auto Lease (2024 Toyota Corolla) | Assume Lease | Per Contract |
| Toyota Financial Services | $0.00 | Auto Lease (2025 Toyota Tacoma) | Reject Lease | N/A |

## Part 7:   Motions ☒ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form, Notice of Chapter 13 Plan Transmittal, within the time and in the manner set forth in D.N.J. LBR 3015-1. A Certification of Service, Notice of Chapter 13 Plan Transmittal, and valuation must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a.   **Motion to Avoid Liens Under 11. U.S.C. Section 522(f).** ☒ **NONE**

b. **Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured. ☒ NONE**

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured. ☒ NONE**

## Part 8:   Other Plan Provisions

a. **Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

b. **Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Chapter 13 Standing Trustee Fees, upon receipt of funds
2) Other Administrative Claims
3) Priority Unsecured Claims
4) Lease Arrearages
5) Secured Claims
6) General Unsecured Claims

d. **Post-Petition Claims**

The Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9:   Modification ☒ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____

Explain below why the plan is being modified:

Are Schedules I and J being filed simultaneously with this Modified Plan? ☐ Yes ☐ No

## Part 10:  Non-Standard Provision(s)

Non-Standard Provisions:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date:07/17/2026                 /s/ Tricha Michelle Ramos
                                          Debtor

Date:_____

                                          Joint Debtor

Date:07/17/2026

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor(s)*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 26-18174-JNP

Tricha Michelle Ramos                                                                     Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                  Page 1 of 3
Date Rcvd: Jul 20, 2026                       Form ID: pdf901                              Total Noticed: 43

The following symbols are used throughout this certificate:

**Symbol         Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                 regulations require that automation-compatible mail display the correct ZIP.

^                Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Tricha Michelle Ramos, 220 E Jacksonville Ave, Villas, NJ 08251-2911 |
| 521297963 | | Christian Jovany Rosa, 11 New Jersey Ave, Villas, NJ 08251-2560 |
| 521297967 | | County of Cape May, Attn: Bankruptcy, 4 Moore Rd, Cape May Court House, NJ 08210-1654 |
| 521297968 | | Flex Pay Inc., Attn: Bankruptcy, 2 N Central Ave Fl Phoenix, Phoenix, AZ 85004-2322 |
| 521297971 | + | Lower Twp. MUA, Attn: Bankruptcy, 2900 Bayshore Rd, Villas, NJ 08251-1200 |
| 521297972 | | Michael Ramos Santiago, 220 E Jacksonville Ave, Villas, NJ 08251-2911 |
| 521297976 | + | NY E-ZPass, Attn: Bankruptcy, PO Box 1518 Po Box 15185, Albany, NY 12201-1518 |
| 521297978 | | Shore Medical Center, Attn: Bankruptcy, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 521297982 | + | State of New Jersey, Motor Vehicle Commission, Attn: Bankruptcy, 225 East State St, PO Box 136 Trenton, NJ 08601-0136 |
| 521297988 | | Twp. of Lower, Attn: Bankruptcy, 2600 Bayshore Rd, Villas, NJ 08251-1300 |
| 521297989 | | U.S. Attorney's Office (NJ), Attn: Civil Process Clerk, 970 Broad St Ste 700, Newark, NJ 07102-2534 |

TOTAL: 11


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 20 2026 21:07:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 20 2026 21:07:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521297957 | | Email/Text: g17768@att.com | Jul 20 2026 21:05:00 | AT&T, Attn: Bankruptcy, 2270 Lakeside Blvd, Richardson, TX 75082-4304 |
| 521297956 | + | Email/Text: bankruptcynotices@aarons.com | Jul 20 2026 21:07:00 | Aaron's Sales & Lease, Attn: Legal Dept, 400 Galleria Pkwy SE Suite 300, Atlanta, GA 30339-3182 |
| 521297958 | | Email/Text: bankruptcy@pepcoholdings.com | Jul 20 2026 21:06:00 | Atlantic City Electric Co., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Dr Ste 2133, Carneys Point, NJ 08069-3600 |
| 521297959 | | Email/Text: BAC_Mortgage_BNC_Emails@g2risksolutions.com | Jul 20 2026 21:06:00 | Bank of America N.A., Attn: Bankruptcy, 100 N Tryon St, Charlotte, NC 28202-2135 |
| 521297960 | | Email/Text: BarclaysBankDelaware@tsico.com | Jul 20 2026 21:06:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 521297961 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 20 2026 21:16:03 | Capital One Financial Corp, Attn: Bankruptcy, 1680 Capital One Dr, McLean, VA 22102-3407 |
| 521297962 | | Email/Text: bankruptcy.notifications@fisglobal.com | Jul 20 2026 21:07:00 | Chex Systems Inc., Attn: Bankruptcy, PO Box 58339 Po Box 583399, Minneapolis, MN 55458-3399 |
| 521297964 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 20 2026 21:15:57 | Citi, Attn: Bankruptcy, PO Box 9001037, Louisville, KY 40290-1037 |
| 521297965 | + | Email/Text: documentfiling@lciinc.com | | |

District/off: 0312-1                                    User: admin                                    Page 2 of 3

Date Rcvd: Jul 20, 2026                          Form ID: pdf901                          Total Noticed: 43

| | | | |
|---|---|---|---|
| | | Jul 20 2026 21:05:00 | Comcast, Attn: Bankruptcy, 1701 John F Kennedy Blvd, Philadelphia, PA 19103-2899 |
| 521297966 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 20 2026 21:06:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 521297969 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 20 2026 21:06:00 | Internal Revenue Service, Attn: Bankruptcy, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521297970 | Email/Text: bankruptcy.us@klarna.com | Jul 20 2026 21:06:00 | Klarna Inc., Attn: Bankruptcy, 800 N High St Ste 400, Columbus, OH 43215-1430 |
| 521297974 | Email/Text: EBN@Mohela.com | Jul 20 2026 21:06:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 521297973 | + Email/PDF: ais.midfirst.ebn@aisinfo.com | Jul 20 2026 21:16:03 | Midland Mortgage Co., Attn: Customer Service/Bankruptcy, PO Box 26648, Oklahoma City, OK 73126-0648 |
| 521297975 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jul 20 2026 21:05:00 | NJ E-ZPass, Attn: Bankruptcy, PO Box 4971, Trenton, NJ 08650-4971 |
| 521297977 | Email/Text: bankruptcy@rubinrothman.com | Jul 20 2026 21:05:00 | Rubin & Rothman LLC, 1787 Veterans Hwy Ste 32, Islandia, NY 11749-1500 |
| 521297981 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 20 2026 21:05:00 | State of New Jersey, Division of Taxation, Attn: Bankruptcy, 3 John Fitch Way, 5th Floor, Trenton, NJ 08695-0245 |
| 521297979 | + Email/Text: bankruptcynotice@sjindustries.com | Jul 20 2026 21:06:00 | South Jersey Gas Co., Attn: Bankruptcy, 1 S Jersey Plz, Hammonton, NJ 08037-9100 |
| 521297980 | ^ MEBN | Jul 20 2026 21:02:57 | State of New Jersey, Division of Law, Attn: Bankruptcy, 25 Market Street, PO Box 112, Trenton, NJ 08625-0112 |
| 521297983 | Email/PDF: ais.sync.ebn@aisinfo.com | Jul 20 2026 21:16:13 | Synchrony Bank, Attn: Bankruptcy, 777 Long Ridge Rd, Stamford, CT 06902-1247 |
| 521297985 | + Email/Text: bankruptcysst@alorica.com | Jul 20 2026 21:05:00 | Systems & Services Technologies, Attn: Bankruptcy, 4315 Pickett Road, Aaint Joseph, MO 64503-1600 |
| 521297984 | + Email/Text: bankruptcysst@alorica.com | Jul 20 2026 21:05:00 | Systems & Services Technologies, Attn: Bankruptcy, 4315 Pickett Road, Saint Joseph, MO 64503-1600 |
| 521297987 | ^ MEBN | Jul 20 2026 21:03:01 | Toyota Financial Services, Attn: Chief Legal Officer, 6565 Headquarters Dr, Plano, TX 75024-5965 |
| 521297986 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jul 20 2026 21:06:00 | Toyota Financial Services, Attn: Bankruptcy, PO Box 22171, Tempe, AZ 85285-2171 |
| 521297990 | Email/Text: edbknotices@ecmc.org | Jul 20 2026 21:06:00 | U.S. Department of Education, General Counsel, 400 Maryland Ave SW, Washington, DC 20202-0001 |
| 521297991 | ^ MEBN | Jul 20 2026 21:03:46 | U.S. Department of Justice, Attorney General of the United States, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 521297992 | Email/Text: bknotice@upgrade.com | Jul 20 2026 21:05:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 521297993 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 20 2026 21:05:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr # 550, Saint Charles, MO 63304-2225 |
| 521297994 | + Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Jul 20 2026 21:15:55 | Wells Fargo, Attn: Bankruptcy, 333 Market Street, San Francisco, CA 94105-2102 |
| 521297995 | + Email/Text: bankruptcy@wofco.com | Jul 20 2026 21:05:00 | World Omni Financial Corp., Attn: Bankruptcy, 6150 Omni Park Drive, Mobile, AL 36609-5195 |

TOTAL: 32

District/off: 0312-1                      User: admin                                   Page 3 of 3
Date Rcvd: Jul 20, 2026                   Form ID: pdf901                            Total Noticed: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Michael I. Assad | |
| | on behalf of Debtor Tricha Michelle Ramos mike@assad.law |
| | mike.assad.law@recap.email;lawofficeofmikeassadpc@jubileebk.net;mike_482@ecf.courtdrive.com;noreply01@assad.law |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 2