Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 627-1322
Attorneys for MIDFIRST BANK

| | |
|---|---|
| IN THE MATTER OF:<br><br>Tricha Michelle Ramos<br><br>DEBTOR(S), | **IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CHAPTER 13<br>CASE NO. 26-18174 JNP<br><br>NOTICE OF OBJECTION |

I, the undersigned, Esquire For KML Law Group, P.C., attorney for Secured Creditor **MIDFIRST BANK**, the holder of a Mortgage on the debtors' premises at **220 E JACKSONVILLE AVE Villas, NJ 08251-2911** hereby objects to the confirmation of the debtors' proposed Chapter l3 Plan for the following reasons:

1. On or before the Bar Date of September 25, 2026, Secured Creditor will file a secured proof of claim for pre-petition arrears in the amount of $18,792.47.
2. Debtor's plan provides for payment in the amount of $0.00 towards the arrearage claim of the Secured Creditor.
3. Debtor’s Plan understates the amount of the Secured Creditor’s claim by $18,792.47 and does not provide sufficient funding to pay said claim.
4. The Debtor's plan fails to address the Secured Creditor's claim. The loan modification is remote and speculative. The Debtor cannot modify the loan without the consent of the Secured Creditor. Therefore, the plan cannot be confirmed unless and until a loan modification is agreed to and approved by the Court.
5. Accordingly, Debtor's plan is NOT feasible, as it does not fully compensate the Secured Creditor.
6. In addition, the debtor’s plan fails to comply with 11 U.S.C. 1322 and 11 U.S.C. 1325.

In the event the debtors cure the aforesaid payments due outside the Chapter 13 Plan prior to the Confirmation Hearing, the undersigned will not appear at the Confirmation Hearing and aforesaid objections should be deemed waived.

**/s/_Matthew Fissel**
Matthew Fissel, Esquire
Attorney for MIDFIRST BANK

Dated: August 24, 2026