UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By: Matthew Fissel
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
MIDFIRST BANK

In Re:
Tricha Michelle Ramos
Debtor

Case No: 26-18174 JNP

Chapter: 13

Hearing Date: 9/16/2026 @ 10am

Judge: Jerrold N. Poslusny Jr.

## CERTIFICATION OF SERVICE

1. I, Melissa Hansler:

☐ Represent the ____________________ in the above-captioned matter.

☒ am the secretary/paralegal for Matthew Fissel, who represents the Secured Creditor in the above captioned matter.

☐ am the ____________________ in the above case and am representing myself.

2. On August 24, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

- Notice of Objection to Confirmation of Plan
- Debtor's Chapter 13 Plan
- Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: August 24, 2026 /S/ Melissa Hansler

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Tricha Michelle Ramos<br>220 E Jacksonville Ave<br>Villas, NJ 08251-2911 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>______________________<br>(as authorized by the court *) |
| Michael I. Assad<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>______________________<br>(as authorized by the court *) |
| Andrew B. Finberg Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center -<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>______________________<br>(as authorized by the court *) |