**United States Bankruptcy Court**
**District of New Jersey**

By: Michael I. Assad (#338972023)
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002
609-808-3300
mike@assad.law
*Attorney for Debtor*

In re: Tricha Michelle Ramos,

*Debtor*.

| | |
|---|---|
| Case No.: | 26-18174-JNP |
| Chapter: | 13 |
| Hearing Date: | 10/20/2026 |
| Judge: | Poslusny |

**Notice of Debtor's Motion to Reschedule Section 341(a) Meeting of Creditors**

TO: The trustee and all creditors and parties in interest.

Debtor Tricha Michelle Ramos has filed papers with the court requesting that it reschedule the section 341 meeting of creditors.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one).**

If you do not want the court to grant this motion, or if you want the court to consider your views, you or your attorney must file with the clerk at the address listed below, a written response explaining your position no later than seven days prior to the hearing date.

| | |
|---|---|
| Hearing Date: | 10/20/2026 |
| Hearing Time: | 11:00 a.m. |
| Hearing Location | Mitchell H. Cohen U.S. Courthouse<br>400 Cooper Street, 4th Floor<br>Camden, N.J. 08101 |
| Courtroom Number: | 4C |

If you mail your response to the clerk for filing, you must mail it early enough so the court will receive it on or before seven days prior to the hearing date.

You must also mail a copy of your response to:

Michael I. Assad
Law Office of Mike Assad, P.C.
923 Haddonfield Road, Suite 336
Cherry Hill, NJ 08002

If you, or your attorney, do not take the steps outlined above, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: 09/15/2026

**LAW OFFICE OF MIKE ASSAD, P.C.**
*Attorney for Debtor*

By: /s/ Michael I. Assad
Michael I. Assad