| United States Bankruptcy Court<br>District of New Jersey | | |
|---|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.:<br>Chapter: | 26-18174-JNP<br>13 |
| In re: Tricha Michelle Ramos,<br><br>*Debtor*. | Hearing Date:<br>Judge: | 10/20/2026<br>Poslusny |

**Certification of Debtor's Attorney**

I, Michael I. Assad, hereby certify as follows:

1. I am the attorney for the debtor in this case and make this certification in support of their Motion to Reschedule Section 341(a) Meeting of Creditors.

2. The first meeting of creditors in this case was scheduled for August 13, 2026, but was not held because necessary documents were not provided to the trustee by the debtor in due time.

3. Upon information and belief, all such documents have now been provided to the trustee.

4. I certify under penalty of perjury that the above is true and correct to the best of my knowledge, information, and belief.

Date: 09/15/2026

/s/ Michael I. Assad
Michael I. Assad