| United States Bankruptcy Court<br>District of New Jersey | | |
|---|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.:<br>Chapter: | 26-18174-JNP<br>13 |
| In re: Tricha Michelle Ramos,<br>*Debtor*. | Hearing Date:<br>Judge: | 10/20/2026<br>Poslusny |

**Certification of Service**

1. I, Michael I. Assad, represent Tricha Michelle Ramos, the debtor in this matter.

2. On September 15, 2026, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   - Debtor's Motion to Reschedule Section 341(a) Meeting of Creditors.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 09/15/2026

/s/ Michael I. Assad
Michael I. Assad

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| AT&T<br>Attn: Bankruptcy<br>2270 Lakeside Blvd<br>Richardson, TX 75082-4304 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Aaron's Sales & Lease<br>Attn: Legal Dept<br>400 Galleria Pkwy SE Suite 300<br>Atlanta, GA 30339-3182 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Atlantic City Electric Co.<br>Bankruptcy Division<br>Mail Stop 84CP42<br>5 Collins Dr Ste 2133<br>Carneys Point, NJ 08069-3600 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Bank of America N.A.<br>Attn: Bankruptcy<br>100 N Tryon St<br>Charlotte, NC 28202-2135 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>PO Box 8801<br>Wilmington, DE 19899-8801 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Capital One Financial Corp<br>Attn: Bankruptcy | Creditor | ☐ Hand-delivered |

| | | |
|---|---|---|
| 1680 Capital One Dr<br>McLean, VA 22102-3407 | | ☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Chex Systems Inc.<br>Attn: Bankruptcy<br>PO Box 58339 Po Box 583399<br>Minneapolis, MN 55458-3399 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Christian Jovany Rosa<br>11 New Jersey Ave<br>Villas, NJ 08251-2560 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Citi<br>Attn: Bankruptcy<br>PO Box 9001037<br>Louisville, KY 40290-1037 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Comcast<br>Attn: Bankruptcy<br>1701 John F Kennedy Blvd<br>Philadelphia, PA 19103-2899 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| | | |
|---|---|---|
| Comenity Capital Bank<br>Attn: Bankruptcy<br>12921 S Vista Station Blvd<br>Draper, UT 84020-2377 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| County of Cape May<br>Attn: Bankruptcy<br>4 Moore Rd<br>Cape May Court House, NJ 08210-1654 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Flex Pay Inc.<br>Attn: Bankruptcy<br>2 N Central Ave Fl Phoenix<br>Phoenix, AZ 85004-2322 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Internal Revenue Service<br>Attn: Bankruptcy<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999<br><br>preferred | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| | | |
|---|---|---|
| Klarna Inc.<br>Attn: Bankruptcy<br>800 N High St Ste 400<br>Columbus, OH 43215-1430 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Lower Twp. MUA<br>Attn: Bankruptcy<br>2900 Bayshore Rd<br>Villas, NJ 08251-1200 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243<br><br>preferred | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Michael Ramos Santiago<br>220 E Jacksonville Ave<br>Villas, NJ 08251-2911 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| | | |
|---|---|---|
| MidFirst Bank<br>999 NorthWest Grand Boulevard<br>Oklahoma City, OK 73118-6051 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Midland Mortgage Co.<br>Attn: Customer Service/Bankruptcy<br>PO Box 26648<br>Oklahoma City, OK 73126-0648 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| NJ EZPASS<br>ATTN ATTN NJ EZPASS/<br>JASMINE JENKINS<br>375 MCCARTER HIGHWAY<br>SUITE 200<br>NEWARK NJ 07114-2562<br><br>preferred | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| NY E-ZPass<br>Attn: Bankruptcy<br>PO Box 1518 Po Box 15185<br>Albany, NY 12201-1518 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| PCA ACQUISITIONS V LLC<br>1002 JUSTION STREET<br>WILMINGTON DE 19801-5148<br><br>preferred | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| | | |
|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067<br><br>preferred | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Quantum3 Group LLC as agent for MOMA Trust LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Ramos Santiago, Michael<br>220 E Jacksonville Ave<br>Villas, NJ 08251-2911 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Rosa, Christian Jovany<br>11 New Jersey Ave<br>Villas, NJ 08251-2560 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Rubin & Rothman LLC<br>1787 Veterans Hwy Ste 32<br>Islandia, NY 11749-1500 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| | | |
|---|---|---|
| Shore Medical Center<br>Attn: Bankruptcy<br>100 Medical Center Way<br>Somers Point, NJ 08244-2300 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| South Jersey Gas Co.<br>Attn: Bankruptcy<br>1 S Jersey Plz<br>Hammonton, NJ 08037-9100 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| STATE OF NEW JERSEY<br>DIVISION OF TAXATION<br>ATTN BANKRUPTCY UNIT<br>PO BOX 245<br>TRENTON NJ 08695-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| State of New Jersey<br>Motor Vehicle Commission<br>Attn: Bankruptcy<br>225 East State St<br>PO Box 136<br>Trenton, NJ 08601-0136 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Synchrony Bank<br>Attn: Bankruptcy<br>777 Long Ridge Rd<br>Stamford, CT 06902-1247 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Systems & Services Technologies<br>Attn: Bankruptcy<br>4315 Pickett Road<br>Aaint Joseph, MO 64503-1600 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| | | |
|---|---|---|
| Toyota Financial Services<br>Attn: Bankruptcy<br>PO Box 22171<br>Tempe, AZ 85285-2171 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Twp. of Lower<br>Attn: Bankruptcy<br>2600 Bayshore Rd<br>Villas, NJ 08251-1300 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| UPGRADE INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-4422 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Verizon Wireless<br>Attn: Bankruptcy<br>500 Technology Dr # 550<br>Saint Charles, MO 63304-2225 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |
| Wells Fargo<br>Attn: Bankruptcy<br>333 Market Street<br>San Francisco, CA 94105-2102 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |

| | | |
|---|---|---|
| World Omni Financial Corp.<br>Attn: Bankruptcy<br>6150 Omni Park Drive<br>Mobile, AL 36609-5195 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other |