**Order Filed on October 21, 2026**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

| United States Bankruptcy Court<br>District of New Jersey | | |
|---|---|---|
| By: Michael I. Assad (#338972023)<br>Law Office of Mike Assad, P.C.<br>923 Haddonfield Road, Suite 336<br>Cherry Hill, NJ 08002<br>609-808-3300<br>mike@assad.law<br>*Attorney for Debtor* | Case No.:<br>Chapter: | 26-18174-JNP<br>13 |
| In re: Tricha Michelle Ramos,<br>*Debtor*. | Hearing Date:<br>Judge: | 10/20/2026<br>Poslusny |

## Order Directing Trustee to Reschedule Section 341(a) Meeting of Creditors

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 21, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Order Directing Trustee to Reschedule Section 341(a) Meeting of Creditors (continued)**

Upon consideration of the Motion to Reschedule Section 341(a) Meeting of Creditors filed by Debtor Tricha Michelle Ramos, and for good cause shown, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. Within ten days after the date of this order, the trustee shall reschedule the section 341(a) meeting of creditors.

3. If the Debtor fails to comply with the terms of this order or fails to appear at the rescheduled 341(a) meeting of creditors, the Debtor's case shall be dismissed immediately upon the filing of a certification of non-compliance by the Trustee.

###